AO 245D    Case 4:07-cr-40045-JPG  Document 65  Filed 01/28/13  Page 1 of 3  Page ID #143
(Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

### Southern District of Illinois

FILED

JAN 28 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NATHAN G. STOKES | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No.  4:07-40045

USM No. 07374-025

Judith A. Kuenneke, AAFPD
<br>Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged below  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant illegally possessed Vicodin | 10/14/2012 |
| Standard | The defendant committed the offense of speeding & no seat belt | 10/25/2012 |
| Statutory | The defendant illegally possessed Norco & Xanax | 12/15/2012 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6673

Defendant's Year of Birth:  1981

City and State of Defendant's Residence:

01/25/2013
<br>Date of Imposition of Judgment

_____
<br>Signature of Judge

J. Phil Gilbert                           District Judge
<br>Name and Title of Judge

_____ 28 2013 _____
<br>Date

Judgment—Page   2   of   3  

DEFENDANT: NATHAN G. STOKES
CASE NUMBER: 4:07-40045

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Statutory | The defendant consumed alcohol | 12/14/2012 |
| Standard | The defendant committed the offense of false statements | 11/30/2012 |
| Statutory | The defendant tested positive for amphetamine, hydrocodone & Meth. | 12/29/2012 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: NATHAN G. STOKES
CASE NUMBER: 4:07-40045

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

18 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in the Intensive Drug Treatment Program

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL